UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT         :
                             :   March 28, 2024
                             :
COUNTY OF NEW HAVEN          :   24-mj-279 RMS

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Anthony Fasulo, a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA"), having been duly sworn, state:

### I.   INTRODUCTION

1. I submit this Affidavit in support of a criminal complaint for Levern MARION, for violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute controlled substances) ("TARGET OFFENSE").

2. On March 27, 2024, I applied for search warrants for four locations: 609 Campbell Avenue, Apartment A, West Haven, CT; 736 Washington Avenue, New Haven, CT; 7 Woolsey, Street 2nd Floor, New Haven, CT; and one 2024 blue Nissan Altima bearing New York registration LGG1208. In support of those search warrant applications, I wrote and submitted to the Court an affidavit. On the same day, the Court, The Honorable Robert M. Spector, United States Magistrate Judge for the District of Connecticut, in case number 3:24-mj-00276 (RMS), issued search warrants for those four locations. My March 27, 2024 affidavit in support of four search warrants is hereby incorporated by reference into this affidavit.

3. Since on or about March 2024, members of the DEA New Haven District Office, along with members of the New Haven Police Department, have been investigating a Drug Trafficking Organization (DTO) led by Levern MARION. As detailed in my March 27

Affidavit, attached hereto, and incorporated by reference herein, law enforcement has conducted surveillance operations, trash pull operations, and traffic stops in order to gain intelligence on the MARION DTO.

4. On March 27, 2024, The Honorable Robert M. Spector issued Federal Search and Seizure Warrants for the following three locations and the following vehicle: 609 Campbell Avenue, Apartment A, West Haven, CT (Subject Premises 1); 736 Washington Avenue, New Haven, CT (Subject Premises 2); 7 Woolsey, Street 2nd Floor, New Haven, CT (Subject Premises 3); and a 2024 blue Nissan Altima bearing New York registration LGG1208.

5. During the search of Subject Premises 2, 736 Washington Street, New Haven, CT, pursuant to the above-referenced search warrant, investigators located approximately 95.89 grams of crack-cocaine inside of a shoe box, approximately 83.44 grams of suspected crack-cocaine on the person of Levern MARION, and approximately 814.46 grams of suspected cocaine above a ceiling tile in the basement of the residence. The suspected cocaine was field tested and yielded a positive result for the presence of cocaine. Also, found above a ceiling tile, was twenty-six (26) white wax folds containing an off-white powder, stamped "Ferrari," weighing approximately 62.17 grams, of suspected fentanyl. During processing, a portion of the substance was subjected to field testing and results yielded a positive result for the presence of fentanyl.

6. During the execution of the search warrant at Subject Premises 2 (736 Washington Street, New Haven, CT), Levern MARION was present and the only other individual present was a woman later identified as MARION's mother.

7. Levern MARION was detained and read his *Miranda* Rights. After being read his *Miranda* Rights, Levern MARION stated that he was a "dime bag dealer." Based on my training and experience, I believe the term "dime bag" refers to personal use quantities of powder cocaine. Levern MARION also stated that "all the stuff" at Subject Premises 2 (736 Washington Street,

New Haven, CT) was his.

### IV. CONCLUSION

8. On the basis of the foregoing information, there is probable cause to believe, and I do believe, that Levern MARION, has committed the TARGET OFFENSE.

9. Because this is an application that pertains to an ongoing criminal investigation, and because disclosure of the information contained herein as well as disclosure of the warrants and complaints being requested herein may compromise the investigation and increase the risk of harm for the law enforcement officers responsible for conducting the arrests and searches, I request that the warrants, applications, complaints and this affidavit be ordered sealed by the Court, for a period of 30 days, up to and including April 28, 2024, or until further order of the Court.

Anthony Fasulo
Task Force Officer
Drug Enforcement Administration

The truth of the foregoing affidavit has been attested to me by DEA Task Force Officer Anthony Fasulo this 28th day of March, 2024, at New Haven, Connecticut.

HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE

3